**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __Third__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Manuel Lopez        JOINT DEBTOR: _____        CASE NO.: 14-10369-AJC
Last Four Digits of SS# xxxx1958        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 351.56 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $3,650 TOTAL PAID $ 1,350
                  Balance Due    $ 2,300 payable $ 42.59 month (Months 1 to 54)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Champion Mortgage
Address: P.O. Box 40724                Arrearage on Petition Date  $16,428.54
         Lansing, MI 48901-7904        Arrears Payment   $ 273.81/month (Months 1 to 60)
Account No: 861603

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | n/a | n/a | n/a | n/a | N/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None            Total Due $_____
                   Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 42.59 /month (Months 55 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/Robert Sanchez, Esq.
Debtor                                      Joint Debtor
Date: 04-3-14                               Date: _____

LF-31 (rev. 01/08/10)